In the Matter of the Application of MICHAEL J. McNELES, Respondent, for a Writ of Mandamus against THE BOARD OF SUPERVISORS OF RENSSELAER COUNTY, Appellant.

*Matter of McNeles* v. *Bd. Suprs. of Rens. Co.*, 173 App. Div. 411, affirmed.
(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 5, 1916, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to restore the petitioner, an honorably discharged veteran of the Spanish-American war, to the position of laborer on the bridge between Troy and Cohoes, and granted said motion.

*Herbert F. Roy* for appellant.

*John J. Mackrell* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

In the Matter of the Application of NICHOLAS J. POWERS, Appellant, for a Writ of Mandamus against HANS DAHL, as Clerk of Rensselaer County, Respondent.

*Matter of Powers* v. *Dahl*, 173 App. Div. 501, reversed.
(Argued October 9, 1916; decided October 24, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 10, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the reinstatement of the petitioner as custodian of records in the Rensselaer county clerk's office, on the